## ATTACHMENT

**Box I – Defendants**

PERMIAN RESOURCES CORP.
CHESAPEAKE ENERGY CORPORATION
CONTINENTAL RESOURCES INC.
DIAMONDBACK ENERGY, INC.
EOG RESOURCES, INC.
HESS CORPORATION
OCCIDENTAL PETROLEUM CORPORATION
PIONEER NATURAL RESOURCES COMPANY

**Box I(c) – Plaintiffs' Attorneys**

NACHAWATI LAW GROUP
5489 Blair Road
Dallas, Texas 75231
(214) 890-0711

BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
(215) 875-3080

FARRA & WANG PLLC
1300 I Street N.W., Suite 400E
Washington, D.C. 20005
(202) 505-5990

BALTIMORE CITY LAW DEPARTMENT
100 N. Holliday Street, Suite 109
Baltimore, MD 21202
(410) 396-3947