UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: SHALE OIL ANTITRUST LITIGATION | Case No. 24-3119 (MLG) (LF) <br><br> MDL No. 3119 |
| MAYOR AND CITY COUNCIL OF BALTIMORE, <br><br> Plaintiff, <br><br> v. <br><br> PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC., CHESAPEAKE ENERGY CORPORATION, CONTINENTAL RESOURCES INC., DIAMONDBACK ENERGY, INC., EOG RESOURCES, INC., HESS CORPORATION, OCCIDENTAL PETROLEUM CORPORATION, PIONEER NATURAL RESOURCES COMPANY, <br><br> Defendants. | Case No. 24-00842 (MLG) (LF) <br><br> CLASS ACTION |

**CERTIFICATE OF GOOD STANDING**

As required by District of New Mexico Local Rule Civil 83.3, the undersigned counsel hereby certifies that Icee Etheridge, who is not a member of the bar of the United States District Court for the District of New Mexico, is a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey

Date: February 27, 2025

By: /s/ Brian McMath
Brian McMath – NM Bar #148105
Brian Moore – NM Bar #146721
NACHAWATI LAW GROUP
5489 Blair Road
Dallas, Texas 75231
bmcmath@ntrial.com
bmoore@ntrial.com
(214) 890-0711